UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

R. A. SCARDELLETTI, et al.,

    Plaintiffs,

v.     C. A. No. JFM 97-3464

ANTHONY SANTORO, SR., et al.,

    Defendants.

_____FILED  _____ENTERED
_____LODGED  _____RECEIVED

OCT 18 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER

Upon consideration of the motion to quash subpoenas and notices of depositions of Barbara Kraft and Claude Poulin filed by the Retiree Subclass and its counsel, it is this /5/ day of October, 1999 hereby ORDERED, that the motion is granted.

                                                  UNITED STATES DISTRICT JUDGE

cc:

Arthur M. Wischart, Esq.
Wisehart & Koch
19 West 44th St., Suite 412
New York, NY 10036-4993

William F. Hanrahan, Esq.
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC 20006-5893

Barbara Kraft
Beins, Axelrod & Kraft, P.C.
1717 Massachusetts Ave., NW Suite 704
Washington, DC 20036



Order
Page 2


cc: (cont'd)

Kenneth M. Johnson
Tuggle Duggins & Meschan, P.A.
P. O. Box 2888
Greensboro, NC 27402