IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

R. A. SCARDELLETTI, et al.      )
                                )
            Plaintiffs,          )
                                )
      v.                         )    Civil Action No. JFM-97-3464
                                )
ANTHONY SANTORO, SR., et al.    )
                                )
            Defendants.          )

### Order

Upon consideration of the cross-motion of Robert J. Devlin, filed on September 10, 1999, to intervene as a party to this action pursuant to Fed. R. Civ. P. 24(a) and (b), the motion is denied for the reasons stated in open court on November 12, 1999, during the hearing on the fairness and adequacy of the proposed settlement of this action.

Upon consideration of the motions for other relief contained in the cross-motion, those motions are denied as moot.

Upon consideration of the motions for a preliminary injunction and for other relief filed by Robert J. Devlin on November 12, 1999, the motions are denied as moot.

Dated: _____          _____
                                 J. Frederick Motz
                                 United States District Judge