IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

R.A. SCARDELLETTI, et al., )
)
      Plaintiffs, )
)
v. )   Civil Action No. JFM-97-3464
)
ANTHONY SANTORO, SR., et al., )
)
      Defendants. )

## ORDER GRANTING PRELIMINARY INJUNCTION

This matter came before the Court on the motion of Plaintiff Trustees for a preliminary injunction pursuant to the All Writs Act, 28 U.S.C. § 1651(a). Upon consideration of the motion, the memorandum in support thereof, and the opposition thereto, and upon finding that an injunction is necessary and appropriate in aid of this Court's jurisdiction, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that Messrs. Devlin, Hagan, Hewson and Rinckwitz, and REPA, are hereby enjoined to dismiss the pending action in the Southern District of New York captioned <u>Devlin, et al. v. Scardelletti, et al.</u>, No. 00 Civ. 43 (S.D.N.Y.); and it is further

ORDERED, that Devlin, Hagan, Hewson, Rinckwitz and REPA, as well as all members of the defendant class, are enjoined from making any filing in any forum against any person, including counsel in this case or their law firms, that raises issues encompassed within the settlement of this action or that directly



or collaterally attacks the settlement of this matter, except in this Court or on appeal from the Orders of this Court.

IT IS SO ORDERED, this 14th day of March, 2000.

J. Frederick Motz
United States District Judge