IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



R.A. SCARDELLETTI, ET AL.    *
                             *
v.                           *   Civil No. JFM-97-3464
                             *
ANTHONY SANTORO, SR., ET AL. *
                          *****

**ORDER GRANTING PRELIMINARY INJUNCTION**

This matter came before the Court on the motion of Plaintiff Trustees for a preliminary injunction pursuant to the All Writs Act, 28 U.S.C. § 1651(a). For the reasons stated in the accompanying memorandum, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that Devlin, Hagan, Hewson, Rinckwitz, and REPA, as well as all members of the defendant class, are enjoined from making any filing in any forum against any person, including counsel in this case or their law firms, that raises issues encompassed within the settlement of this action or that directly or collaterally attacks the settlement of this matter, except in this Court or on appeal from the Orders of this Court.

IT IS SO ORDERED, this 20th day of November 2001.

J. Frederick Motz
United States District Judge