IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

R.A. Scardelletti, et al.,                *

                Plaintiff(s)

vs.                                       *    Case No. 1:97-cv-03464-JFM
                                               Judge J. Frederick Motz
George Thomas Debarr, et al.,

                Defendant(s) *
                         ******

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: Plaintiffs R.A. Scardelletti, et al.

I certify that I am admitted to practice in this court.

_September 24, 2007_
Date

_[signature]_
Signature of Counsel

Jeffrey A. Bartos           14392
Print Name                  Bar Number

Guerrieri, Edmond, Clayman & Bartos, P.C.
Firm Name

1625 Massachusetts Avenue, N.W.
Suite 700
Address

Washington, DC  20036-2243
City/State/Zip

(202) 624-7400
Phone No.

(202) 624-7420
Fax No.

jbartos@geclaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Entry Of Appearance were sent on September 24, 2007, by first-class U.S. mail to:

Melissa Robin Davis
Cranfill Sumner & Hartzog
P.O. Box 27808
Raleigh, NC 27611-7808

William F. Hanrahan
Lonie A. Hassel
Groom Law Group Chartered
1701 Pennsylvania Avenue, N.W.
Washington, C 20006-5805

Kenneth M. Johnson
Tuggle, Duggins & Meschan
228 West Market Street
P.O. Box 2888
Greensboro, NC 27402

Barbara J. Kraft
Kraft, Eisenmann, Alden, PLLC
1001 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004

Michael Allan Stoner
Stoner & Ridgell, PA
507 Park Avenue
Baltimore, MD 21201

Arthur M. Wisehart
Wisehart & Koch
60 East 42nd Street
Suite 764
New York, NY 10165

_____
Jeffrey A. Bartos