IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE NO.: 1:97-CV-03464-JFM

| | |
|---|---|
| R.A. SCARDELLETTI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **MOTION TO WITHDRAW AS COUNSEL** |
| ) | |
| GEORGE THOMAS DEBARR, et al., ) | |
| ) | |
| Defendants. ) | |

NOW COMES M. Robin Davis of the law firm of Cranfill Sumner & Hartzog L.L.P., counsel of record for Defendant George Thomas DeBarr, and moves the Court for leave to withdraw as counsel of record for Defendant DeBarr. As grounds therefore, counsel states as follows:

1. Defendant DeBarr is and has been represented by Kenneth M. Johnson in this matter;

2. M. Robin Davis relocated her practice to Raleigh, North Carolina and has had no substantive involvement in this matter for some time;

3. Kenneth M. Johnson, of the law firm of Tuggle Duggins & Meschan, P.A. will continue his representation of Defendant DeBarr;

4. Neither Defendant DeBarr nor any other party will be prejudiced by the allowance of this motion; and

5. The granting of this motion will not occasion any delay in these proceedings.

NOW WHEREFORE, for the reasons stated above, undersigned counsel respectfully requests that this motion be granted.

Respectfully submitted, this the 24th day of October, 2007.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| M. Robin Davis, Esquire | Kenneth M. Johnson, Esquire |
| Federal Unified Bar No. 08064 | Bar No.: 23416 |
| Attorney for Defendant DeBarr | Attorney for Defendant DeBarr |
| Cranfill Sumner & Hartzog L.L.P. | Tuggle Duggins and Meschan, P.A. |
| Post Office Box 27808 | Post Office Box 2888 |
| Raleigh, NC 27611-7808 | Greensboro, NC 27402 |
| Telephone: (919) 828-5100 | Telephone: (336) 378-1431 |
| Facsimile: (919) 828-2277 | Facsimile: (336) 274-6590 |
| Email: mrd@cshlaw.com | Email: kjohnson@tuggleduggins.com |
| (signed by Kenneth M. Johnson with | |
| permission of M. Robin Davis) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE NO.: 1:97-CV-03464-JFM

| | | |
|---|---|---|
| R.A. SCARDELLETTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| GEORGE THOMAS DEBARR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     I hereby certify that on October 24, 2007, I electronically filed the foregoing *Motion to Withdraw as Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Jeffrey Andrew Bartos | Barbara J. Kraft |
| Guerrieri Edmond Clayman and Bartos, P.C. | Kraft Eisenmann Alden, PLLC |
| 1625 Massachusetts Ave. NW Ste. 700 | 1001 Pennsylvania Ave. NW Ste.600 |
| Washington, DC 20036-2243 | Washington, DC 20004 |
| *Attorneys for Plaintiffs and Counter Defendants Scardelletti, Ferlin, Parker and Bujold* | *Attorneys for Defendant DeBarr and Defendant and Counter Claimant Santoro* |

     I hereby certify that on October 24, 2007, I mailed the foregoing *Motion to Withdraw as Counsel* by First Class Mail, Postage Paid to the following:

| | |
|---|---|
| Arthur M. Wisehart | William F. Hanrahan |
| Wisehart and Koch | Lonie A. Hassel |
| 60 E. 42nd St. Ste. 764 | Groom Law Group Chartered |
| New York, NY 10165 | 1701 Pennsylvania Ave. NW |
| *Attorneys for Movant Devlin* | Washington, DC 20006-5805 |
| | *Attorneys for Plaintiff and Counter-Defendant Bujold* |

Michael Allan Stoner
Stoner and Ridgell, P.A.
507 Park Ave.
Baltimore, MD 21201
*Attorneys for Defendants Hagan and Rinckwitcz and Movant Devlin*

Respectfully submitted,

/s/
Kenneth M. Johnson, Esquire
Bar No.: 23416
Attorney for Defendant DeBarr
Tuggle Duggins and Meschan, P.A.
Post Office Box 2888
Greensboro, NC 27402
Telephone: (336) 378-1431
Facsimile: (336) 274-6590
Email: kjohnson@tuggleduggins.com