UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R. A. SCARDELLETTI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. JFM-97-3464 |
| ANTHONY SANTORO, SR., et al. | ) |
| Defendants. | ) |

**MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED SETTLEMENT, APPROVAL OF NOTICE
TO THE CLASS, AND A FINAL APPROVAL HEARING DATE**

Plaintiffs, the Trustees of the Transportation Communications International Union Staff Retirement Plan (TCU Staff Plan) and their successor, the International Association of Machinists and Aerospace Workers Pension Plan (IAM Grand Lodge Plan) hereby move the Court, pursuant to Rule 23, Fed. R. Civ. P., for an order (1) making a preliminary determination that the settlement agreement in this matter, attached as Exhibit A to the supporting memorandum filed herewith, is within a range of reasonableness warranting the distribution of a notice of settlement to the affected class; (2) approving the proposed notice to the class; and (3) setting a date for a hearing to determine whether the proposed settlement should be approved.

As set forth in the accompanying memorandum of law, the proposed settlement was negotiated in good faith and at arms' length, is a fair and adequate resolution of disputed issues, and is well within the range of reasonableness warranting further proceedings for final approval. In addition, the proposed notice to the class would fairly apprise class members of the terms of the settlement and of their options in this proceeding.

WHEREFORE, plaintiffs respectfully request that this Court enter an order (1) finding that the proposed settlement of this action is within a range of reasonableness warranting the distribution of a notice of settlement to the subclass; (2) approving the proposed notice to the subclass; and (3) setting a hearing date to determine whether to approve the proposed settlement.

Respectfully submitted,

\_\_/s/ Jeffrey A. Bartos_____
Jeffrey A. Bartos
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, NW
Suite 700
Washington, DC 20036-2243
(202) 624-7400
Counsel for TCU Staff Retirement Plan


John L. Bohman
O'Donoghue & O'Donoghue, L.L.P.
4748 Wisconsin Avenue, NW
Washinton, DC 20016
(202) 362-0041
Counsel for IAM Grand Lodge Plan