UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R.A. SCARDELLETTI. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM-97-3464 |
| ) | |
| ANTHONY SANTORO, SR., et al., ) | |
| ) | |
| Defendants. ) | |

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

                                                  /s/ Jeffrey A. Bartos
                                                  Jeffrey A. Bartos
                                                  Guerrieri, Edmond, Clayman & Bartos, P.C.
                                                  1625 Massachusetts Avenue, NW
                                                  Suite 700
                                                  Washington, DC  20036-2243
                                                  (202) 624-7400
                                                  Counsel for TCU Staff Retirement Plan

/s/ John L. Bohman
John L. Bohman
O'Donoghue & O'Donoghue, L.L.P.
4748 Wisconsin Avenue, NW
Washinton, DC  20016
(202) 362-0041
Counsel for IAM Grand Lodge Plan

Dated: April 17, 2008
18