IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| R.A. SCARDELLETTI, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: JFM-97-3464 |
| v. | ) | |
| | ) | |
| ANTHONY SANTORO, SR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ACTIVE SUBCLASS' CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' MOTION TO PRELIMINARILY APPROVE THE PROPOSED SETTLEMENT, APPROVE THE NOTICE TO THE CLASS, AND SET A DATE FOR A HEARING TO DETERMINE WHETHER THE PROPOSED SETTLEMENT SHOULD BE APPROVED**

Defendant George Thomas DeBarr, as representative of the Defendant Active Subclass, moves this Court for an additional 14 days, until May 12, 2008, to respond to Plaintiffs' Motion to Preliminarily Approve the Proposed Settlement, Approve the Notice to the Class, and Set a Date for a Hearing to Determine Whether the Proposed Settlement Should be Approved. The reason for this extension is to allow the parties time to see if they can agree on the content of the proposed notice to Active Subclass members that accompanied the Plaintiffs' memorandum in support of their Motion. Plaintiffs have consented to this extension.

Respectfully submitted, this the 25th day of April, 2008.

_____/s/_____
Kenneth M. Johnson, Esquire
Bar No.: 23416
Attorney for Defendant DeBarr
Tuggle Duggins and Meschan, P.A.
Post Office Box 2888, Greensboro, NC 27402
Telephone: (336) 378-1431
Facsimile: (336) 274-6590
Email: kjohnson@tuggleduggins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R.A. SCARDELLETTI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: JFM-97-3464 |
| v. ) | |
| ) | |
| ANTHONY SANTORO, SR., et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing *Defendant Active Subclass' Consent Motion to Extend the Time to Respond to Plaintiffs' Motion to Preliminarily Approve the Proposed Settlement, Approve the Notice to the Class, and Set a Date for a Hearing to Determine Whether the Proposed Settlement Should be Approved* with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jeffrey Andrew Bartos
Guerrieri Edmond Clayman and Bartos, P.C.
1625 Massachusetts Ave. NW Ste. 700
Washington, DC 20036-2243
*Attorneys for Plaintiffs and Counter Defendants*
  *Scardelletti, Ferlin, Parker and Bujold*

I hereby certify that on April 25, 2008, I mailed by U.S. Mail the foregoing *Defendant Active Subclass' Consent Motion to Extend the Time to Respond to Plaintiffs' Motion to Preliminarily Approve the Proposed Settlement, Approve the Notice to the Class, and Set a Date for a Hearing to Determine Whether the Proposed Settlement Should be Approved* to the following non-ECF participant:

John L. Bohman
O'Donoghue & O'Donoghue, L.L.P.
4748 Wisconsin Avenue, NW
Washington, DC  20016
*Attorney for IAM Grand Lodge Plan*

Respectfully submitted,

_____/s/_____

Kenneth M. Johnson, Esquire
Bar No.: 23416
Attorney for Defendant DeBarr
Tuggle Duggins and Meschan, P.A.
Post Office Box 2888
Greensboro, NC 27402
Telephone: (336) 378-1431
Facsimile:  (336) 274-6590
Email: kjohnson@tuggleduggins.com