**EXHIBIT A
TO CLASS NOTICE**

SUB-CLASS MEMBERS BEGINNING MONTHLY BENEFIT PRIOR TO PLAN MERGER DATE WITH NO AGE REDUCTION: 10% COLA ON FIFTH ANNIVERSARY OF ANNUITY STARTING DATE

| ANNUITY STARTING DATE | LAST NAME | FIRST NAME | MI |
|---|---|---|---|
| 1/1/04 | BOSHER | LESLIE | E |
| 1/1/01 | BRADARICH | PETE | F |
| 1/1/02 | BRITTON | J | |
| 9/1/99 | CAMPBELL | JOHN | C |
| 9/1/99 | CONTRERAS | NICK | |
| 11/1/01 | COOK | OLVIER | W |
| 1/1/02 | CUNNIFF | MICHAEL | M |
| 5/1/05 | DAVIS | MICHAEL | |
| 1/1/00 | GOBEL | J | L |
| 9/1/04 | GRAY | GERALD | |
| 1/1/05 | GRILLO | STELLA | |
| 3/1/99 | HAYNES-FINCH | CAROL | L |
| 1/1/04 | PATTEN | JUDITH | C |
| 6/1/05* | ROWE | GEORGE | A |
| 6/1/02 | SHIELDS | LARRY | B |
| 1/1/00 | STEPP | JUDITH | |
| 8/1/99 | WOODARD | VANETTA | F |
| 2/1/02 | BRISCOE | CHERYL | T |
| 1/1/02 | CUMBERLAND | TERRY | L |
| 8/16/03 | DEVER | ROY | |
| 12/16/03 | DONLON | GREGORY | A |
| 4/1/99 | FUHR | PATTI | A |
| 2/1/02 | GERRAIN | FREDERICK | |
| 7/15/04 | LEWIN | HENRY | B |
| 3/1/02 | LYNCH | GERARD | L |
| 1/1/02 | MATKOWSKI | RAYMOND | |
| 3/9/00 | MARTINDALE | ESTELLE | E |
| 9/9/00 | NEWBERRY | SANDRA | L |
| 8/14/04 | PEMBROKE | SUE | C |
| 1/1/02 | PHILLIPS | CLAIRE | |
| 9/1/02 | TEITRICK | KATHY | J |
| 1/15/00 | WADE | KATHRYN | P |
| 1/1/02 | WEBB | BESSIE | M |
| 5/1/03 | YOUNG | TRACEY | H |

**SUB-CLASS MEMBERS BEGINNING MONTHLY BENEFIT PRIOR TO PLAN MERGER DATE WITH NO AGE REDUCTION**

34

* PRIOR TO PLAN MERGER DATE