**EXHIBIT B
TO CLASS NOTICE**



SUB-CLASS MEMBERS BEGINNING MONTHLY BENEFIT PRIOR TO PLAN MERGER DATE WITH AGE REDUCTION: RESTORE MONTHLY BENEFIT TO NORMAL RETIREMENT AGE 60 ON JAN 1, 2008 AND RECEIVE 7.5% COLA ON FIFTH ANNIVERSAY OF ANNUITY STARTING DATE OR ON JANUARY 1, 2008, WHICHEVER IS LATER

| ANNUITY STARTING DATE | LAST NAME | FIRST NAME | MI |
|---|---|---|---|
| 4/1/04 | BROCKETT | CARL | H |
| 9/1/05* | BROWNING | W | K |
| 8/1/04 | CARTER | KENNETH | L |
| 3/1/02 | COLE | ZANE | K |
| 7/1/00 | COTA | RICHARD | |
| 9/16/99 | CURRY | DIANE | |
| 1/1/03 | D ALESSANDRO | A | A |
| 8/1/03 | DE BARR | GEORGE | T |
| 6/1/00 | DIXON | VIRGINIA | P |
| 5/1/02 | DOBERSTEIN | E | L |
| 7/1/03 | DOLAN | DONALD | D |
| 4/1/03 | FAUSS | MICHAEL | R |
| 1/1/04 | FORD JR | ALVIN | C |
| 12/1/04 | FORREST | RICHARD | J |
| 4/1/05 | GARRETT | SUSAN | H |
| 4/1/03 | GOFFREDO | VICTOR | P |
| 8/1/05 | GONZALEZ | HUMBERTO | M |
| 6/1/04 | GORNICK | CAROLYN | D |
| 6/1/02 | GRAY | BONNIE | Y |
| 9/1/02 | JEFFORDS | W | L |
| 7/1/04 | JONES | LAWRENCE | D |
| 9/1/04 | KACHMAN | SHARON | |
| 6/1/04 | KARL | JOANNE | |
| 5/1/05 | LOFTIN | GILBERT | |
| 9/1/05 | LUCAS | TERRY | |
| 10/9/99 | MALDONADO | GEORGE | R |
| 7/1/03 | MUNZEN | DIANNE | |
| 7/1/05 | NORTON | BARBARA | A |
| 7/17/99 | PIGNONE | GRETA | D |
| 12/1/03 | SANTORO JR | ANTHONY | P |
| 4/1/01 | SCROGGINS | MARVIN | L |
| 3/1/03 | SIZEMORE | BILL | B |
| 10/9/99 | SPANGLER | SHARON | C |
| 9/1/03 | STEEVES | STANLEY | R |
| 4/1/04 | STROMSTA | ERIC | R |
| 1/1/05 | SUTTON | LAWRENCE | A |
| 3/16/99 | VAN HOOK | CARL | T |
| 8/27/99 | KNOLES** | RICHARD | L |

**SUB-CLASS MEMBERS BEGINNING MONTHLY BENEFIT PRIOR TO PLAN MERGER DATE WITH AGE REDUCTION**

38

\* PRIOR TO PLAN MERGER DATE

\*\* KNOLES DIED AT AGE 59 IN ACTIVE SERVICE PRIOR TO PLAN MERGER DATE, BENEFICIARIES TO RECEIVE 12% AGE INCREASE AND 7.5% COLA ON JAN 1, 2008