**EXHIBIT C
TO CLASS NOTICE**



EXHIBIT C

SUB-CLASS MEMBERS* ACTIVELY EMPLOYED
ON PLAN MERGER DATE: 10% COLA ON FIFTH
ANNIVERSAY OF ANNUITY STARTING DATE

| LAST NAME | FIRST NAME | MI |
|---|---|---|
| ABDULLAH | RASHEED | M |
| AHEARN | DEBRA | |
| AHEARN | PETER | A |
| ANDERSON | KAREN | K |
| ARNDT | RICHARD | A |
| BAUMAN | LEONARD | C |
| BEELER | DONALD | E |
| BERLOWITZ | S | A |
| BERNARD | MARY | L |
| BIGGS | DANIEL | L |
| BLAKLEY | KRIS | K |
| BOSHER-PERRAN | JHIL | |
| BOWER | RANDY | D |
| BRANDO | STEPHAN | |
| BURNETT | DARYL | T |
| CALAVELETINOS | ANA CECILIA | |
| CAMPBELL | GARY | |
| CHAPMAN | MARY | D |
| COLSTON | TOMMIE | |
| CONBOY | ELLEN | M |
| CONDO | JOSEPH | P |
| CONLEY | CYNTHIA | A |
| CONROY | ROBERT | A |
| CRAWFORD | DIANA | L |
| DAVIS | JESSICA | M |
| DAVIS | ROBERT | F |
| DERDERIAN, JR | OSCAR | |
| DETTMANN | DIANE | J |
| DINSDALE | JOHN | O |
| DUNTON | SUSAN | B |
| EVANS | HELEN | |
| FINAN JR | WILLIAM | T |
| FISHBURN | PAUL | E |
| GILBERT | CHARLES | L |
| GILBERTSON | KELLY | J |
| GREENIDGE | ARLENE | C |
| GRILLO | PATRICIA | A |
| HORRELL | DEBRA | J |
| HUSTER | THOMAS | J |
| HYLLA | RONALD | J |
| JOHNSON | DENISE | B |

ACTIVE ON MERGER DATE

1

SUB-CLASS MEMBERS* ACTIVELY EMPLOYED ON PLAN MERGER DATE: 10% COLA ON FIFTH ANNIVERSAY OF ANNUITY STARTING DATE

| LAST NAME | FIRST NAME | MI |
|---|---|---|
| JOHNSON | RICHARD | A |
| JONES | SANDRA | C |
| KEENAN | SANDRA | |
| KELSEY | PAULA | M |
| KENNEDY | LINDA | |
| KLOOS | RONALD | M |
| KOLLEWE | DAVID | B |
| KRAUS | MITCHELL | |
| KUBASIEWICZ | DARWIN | B |
| LINDSAY | JOSEPH | M |
| LOCKEY | LINDA | J |
| LYDON | HELEN | D |
| MAI | ROBBIE | L |
| MAI | RODNEY | W |
| MAXIM | SANDRA | J |
| MAY | SANDRA | L |
| METHER | STEVEN | W |
| MILLER | W | R |
| MONIER | FRANCES | D |
| MULLENS | NORMA | J |
| MYERS | DORIS | |
| NAPIER | MARVIN | W |
| NOVAKOVIC | ALEXANDER | M |
| O' MALLEY | DENNIS | J |
| OATHOUT | RUSSELL | C |
| PADILLA | ANTHONY | G |
| PARKER | JOEL | M |
| PONIGAR, SR | JAMES | A |
| POSEY | NANCY | L |
| QUILTY | JAMES | L |
| RABENORT | RONALD | L |
| RANDOLPH JR | HOWARD | W |
| REESE | MICHELE | L |
| RICE | ALLYSON | M |
| ROBINSON | BRENDA | |
| RUBECK | JOHN | I |
| SARMIENTO | ERIKA | |
| SCARDELLETTI | ROBERT | A |
| SCHAFER JR | R | K |
| SHELLEY | MARGIE | H |
| SHORT | CHRISTINE | T |

ACTIVE ON MERGER DATE

2

SUB-CLASS MEMBERS* ACTIVELY EMPLOYED
ON PLAN MERGER DATE: 10% COLA ON FIFTH
ANNIVERSAY OF ANNUITY STARTING DATE

| LAST NAME | FIRST NAME | MI |
|---|---|---|
| SIRIANO | S | |
| SMITH | TERESA | A |
| STAFFORD | TED | P |
| STEELE | DAVID | L |
| STEWART | CHARLES | N |
| STEYER | MARIANNE | G |
| STRAIN JR | ALTON | C |
| SWANSON | LARRY | D |
| DAVIS (TAYLOR) | LUANN | |
| TURLEY | ELIZABETH | A |
| VAN CLEAVE | JO | L |
| WALLER | JAMES | V |
| WALLER | LINDA | C |
| WATSON | STEPHEN | F |
| WELLS | TERESA | M |
| WHITACRE | BRIAN | P |
| WRIGHT | J | H |
| WRIGHTSON | BARBARA | J |
| STARKS (ZINGA) | DOROTHY | |

SUB-CLASS MEMBERS ACTIVELY EMPLOYED ON

PLAN MERGER DATE                              **101**

*Included in this listing are the TCU employees who were excluded from the
 original Sub Class because they were Trustees of the TCU Staff Plan or
 the TCU legal counsel

ACTIVE ON MERGER DATE

3