**EXHIBIT D
TO CLASS NOTICE**



EXHIBIT D

### SUB-CLASS MEMBERS TERMINATED VESTED PRIOR TO PLAN MERGER DATE AND DID NOT BEGIN MONTHLY BENEFIT PRIOR TO PLAN MERGER DATE: 10% COLA ON FIFTH ANNIVERSARY OF ANNUITY STARTING DATE

| LAST YR. ACTIVE SERVICE | LAST NAME | FIRST NAME | MI |
|---|---|---|---|
| 2000 | BOSHER | PAMELA | L |
| 2004 | D'AMICO | ANNA | |
| 2001 | DENT | MEGAN | J |
| 2002 | EVANS | NANCY | A |
| 1999 | GILDERMAN | K | D |
| 2004 | HODGINS | M. PATRICIA | |
| 2004 | HORVATH | DAWN | M |
| 2000 | HURLEY | LAMESHA | A |
| 2002 | JOHNSON | ANGELA | J |
| 2005* | NGUYEN | Q | T |
| 2004 | TULLY | CHRISTOPHER | J |
| 2002 | MC CALLA | KATHYRN | E |
| 2000 | FINN | THOMAS | J |
| 1999 | PARRY | JAMES | J |
| 2001 | TRITTEL | PHILLIP | T |
| 1999** | BUJOLD | DONALD | J |
| 1999** | DANIHER | HERBERT | |
| 1999** | DEVEAU | DENNIS | J |
| 1999** | DUNSTER | DENNIS | |
| 1999** | LA PORTE | FRANCINE | |
| 1999** | PAGE | RICHARD | |
| 1999** | PREBINSKI | MAUREEN | |

**SUB-CLASS MEMBERS TERMINATED VESTED AND DID NOT BEGIN MONTHLY BENEFIT PRIOR TO PLAN MERGER DATE**   22

\* LAST SERVICE DATE PRIOR TO PLAN MERGER DATE

\*\* CANADIAN PLAN PARTICIPANT (not part of original Subclass, but actively employed on January 1, 1999)