UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R.A. SCARDELLETTI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: JFM-97-3464 |
| v. ) | |
| ) | |
| ANTHONY SANTORO, SR., et al. ) | |
| ) | |
| Defendants. ) | |

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

                                                /s/
                                     Kenneth M. Johnson
                                     MD Bar No. 23416
                                     Tuggle Duggins & Meschan, P.A.
                                     P.O. Box 2888
                                     Greensboro, NC  27402
                                     (336) 271-5264 Telephone
                                     (336) 274-6590 Fax

                                     Counsel for the Active Subclass

Dated:  May 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R.A. SCARDELLETTI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: JFM-97-3464 |
| v. ) | |
| ) | |
| ANTHONY SANTORO, SR., et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I electronically filed the foregoing *General Consent to Proceed Before a United States Magistrate Judge* with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jeffrey Andrew Bartos
Guerrieri Edmond Clayman and Bartos, P.C.
1625 Massachusetts Ave. NW Ste. 700
Washington, DC 20036-2243
*Attorneys for Plaintiffs and Counter Defendants*
 *Scardelletti, Ferlin, Parker and Bujold*

I hereby certify that on May 7, 2008, I mailed by U.S. Mail the foregoing *General Consent to Proceed Before a United States Magistrate Judge* to the following non-ECF participant:

John L. Bohman
O'Donoghue & O'Donoghue, L.L.P.
4748 Wisconsin Avenue, NW
Washington, DC 20016
*Attorney for IAM Grand Lodge Plan*

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Johnson, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　MD Bar No. 23416
　　　　　　　　　　　　　　　　　　　　　　　　Tuggle Duggins and Meschan, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2888
　　　　　　　　　　　　　　　　　　　　　　　　Greensboro, NC 27402

        Telephone: (336) 378-1431
        Facsimile:  (336) 274-6590
        Email: kjohnson@tuggleduggins.com
        Counsel for the Active Subclass