**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**  
**PAUL W. GRIMM**  
**CHIEF MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-4560**  
**(410) 962-3630 FAX**

May 19, 2008

RE: *Scardelletti v. Santoro*, et al. JFM-97-3464

**MEMORANDUM TO COUNSEL**

Dear Counsel:

    I have received the consents to proceed before a magistrate judge for all proceedings that have been filed in the above action, Papers No. 164 and 167. I would like to have a brief telephone conference call regarding the consents on Tuesday, May 27, 2008 at 3 p.m., and I request that counsel for the TCU Staff Retirement Plan coordinate this telephone call.
    Thank you for your assistance in this matter.
    Sincererely

                                                                /S/
                                              Paul W. Grimm
                                 United States Magistrate Judge