## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 29, 2008

RE: *Scardelletti, et al. v. Santoro, et al.*
    JFM-97-3464

## LETTER ORDER

Dear Counsel:

The parties have consented to proceeding before me for all remaining proceedings in this class action case, Paper Nos. 164, and167. Pending and ripe for ruling is Plaintiffs' motion for preliminary approval of proposed settlement, approval of notice to the settlement subclass and final approval of a hearing date. Paper No. 162. The Defendant active subclass has filed a response, Paper No. 166.

For the reasons stated herein, the motion is GRANTED, the proposed notice is approved, and counsel will confer and advise the court of suggested hearing dates for a fairness hearing, after which the hearing date will be set, and this date included in the notice to the class, which then may be published by mailing it by first class mail to each member of the settlement subclass.

I have carefully reviewed the motion and response, which accurately recite the procedural background and history of this case, as well as the settlement agreement which is proposed, which was reached during negotiations over which I presided, as also was the case for the previous settlement that was approved by this court and the Fourth Circuit. Pursuant to Fed. R. Civ. P. 23(e) I have determined that the proposed settlement is within the range of a possible approved settlement, which warrants notice to the settling subclass and the scheduling of a fairness hearing. From my own participation in the settlement negotiations, as well as the materials in the filings, it is clear that the proposed settlement was reached by arms-length bargaining by sophisticated parties, represented by experienced and competent counsel.

Additionally, I find that the proposed notice to the settlement class is fair and appropriate, and may be published by mailing it to each member of the settlement subclass, once the fairness hearing date has been determined and included in the notice.

Additionally, within ten business days counsel will provide the undersigned with suggested dates for the fairness hearing, which then will be scheduled. Thereafter, counsel will include this date in the notice to the settlement subclass, and arrange for it to be mailed by first class mail to each member of the settlement subclass.

Although informal, this is an Order of the Court and shall be docketed as such.

                                                  /S/
                                        Paul W. Grimm
                           United States Magistrate Judge