**GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.**
1625 MASSACHUSETTS AVENUE, N.W.
SUITE 700
WASHINGTON, D.C. 20036-2243

(202) 624-7400
FACSIMILE: (202) 624-7420

JOSEPH GUERRIERI, JR.
ROBERT S. CLAYMAN
JEFFREY A. BARTOS
CARMEN R. PARCELLI
SOYE KIM
ELIZABETH A. ROMA
ANGELA C. SERRANZANA
ROBERT D. COOMBER*

*ADMITTED IN NY & NJ ONLY.
 SUPERVISED BY PRINCIPALS
 OF THE FIRM.

JOHN A. EDMOND
OF COUNSEL

June 5, 2008

*Via ECF*

Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

   Re: *Scardelletti, et al. v. Santoro, et al.*, No. 1:97-cv-03464-JFM

Dear Judge Grimm:

  This letter is to confirm today's discussion between myself, on behalf of the plaintiffs, Kenneth Johnson, counsel for the Active Subclass, and your Chambers, regarding the scheduling of the hearing on final approval of the proposed settlement in the above-referenced matter. It was agreed during that discussion that the hearing would be held on July 15, 2008, at 11:00 a.m.

            Respectfully,

            */s/ Jeffrey A. Bartos*

            Jeffrey A. Bartos

cc: Kenneth Johnson (*via ECF*)
   John L. Bohman (*via* electronic mail)