IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| R. A. SCARDELLETTI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANTHONY SANTORO, SR., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. JFM-97-3464 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
CLASS ACTION SETTLEMENT**

Plaintiffs, the Trustees of the Transportation Communications International Union Staff Retirement Plan and their successor, the International Association of Machinists and Aerospace Workers Pension Plan hereby move the Court, pursuant to Rule 23, Fed. R. Civ. P., for an order approving the settlement of a dispute in this class action.

As set forth in the accompanying memorandum of law, the proposed settlement was negotiated in good faith and at arms' length, is a fair and adequate resolution of disputed issues, and is well within the range of reasonableness warranting further proceedings for final approval. All members of the class have received actual notice of the terms of the settlement, and their responses, if any, will be addressed at the hearing on this matter.

WHEREFORE, plaintiffs respectfully request that this Court enter an order approving the proposed settlement of this action.

Respectfully submitted,

/s/ Jeffrey A. Bartos
Jeffrey A. Bartos
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, NW
Suite 700
Washington, DC  20036-2243
(202) 624-7400
Counsel for TCU Staff Retirement Plan

John L. Bohman
O'Donoghue & O'Donoghue, L.L.P.
4748 Wisconsin Avenue, NW
Washinton, DC  20016
(202) 362-0041
Counsel for IAM Grand Lodge Plan

Dated:  July 9, 2008