IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R. A. SCARDELLETTI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM-97-3464 |
| ) | |
| ANTHONY SANTORO, SR., et al. ) | |
| ) | |
| Defendants. ) | |

## SECOND DECLARATION OF LUANN DAVIS

1.  I have been the Controller of the Transportation•Communications International Union (TCU) since 1992. As Controller, I am responsible for all of TCU accounting records and interact with TCU's Certified Public Accounting firm in the preparation of TCU's annual financial statements.

2.  From 1992 until its merger with the Grand Lodge IAM Plan in September 2005, I was also responsible for all of the TCU Staff Plan accounting records and interacted with the Staff Plan's Certified Public Accounting firm in the preparation of its annual financial statement and IRS Form 5500. Regarding the latter, I was the Plan's main contact person with its actuary and was responsible for assuring that the appropriate actuarial valuation and report were available for filing with the IRS Form 5500.

3. I am the custodian of the Staff Plan's accounting and actuarial records and am familiar with the Plan's finances for the period 1992-September 2005.

4. In August 2005, TCU affiliated with the International Association of Machinists and Aerospace Workers ("IAM"). As a result of the merger between these two labor organizations, the TCU Staff Plan was merged into the IAM Grand Lodge Plan, effective September 12, 2005.

5. At the time of the Plan merger, the TCU Staff Plan was funded at approximately 64% of accrued benefits, and the larger IAM Grand Lodge Plan was funded at over 100% of accrued benefits. After the merger, the IAM Grand Lodge Plan remained, and continues to remain, fully funded at over 100%.

6. After the merger of the plans, active TCU employees began accruing benefits under the terms of the IAM Grand Lodge Plan. The benefits were not the same as they had been under the TCU Staff Plan. Some benefits were better, and some were worse. Normal retirement age is age 60 under the IAM Grand Lodge Plan, while it had been age 62 under the TCU Staff Plan. Active TCU employees were given age 60 for all of their service under both plans. In addition, for these participants, the actuarial reduction for early commencement from normal retirement was favorably reduced from .5% per month (or 6% per year) to .4% per month (or 4.8% per year). Also, a generally more favorable definition of how compensation was determined was added to the Plan. However, the number of years a participant could accrue service credits had been 35 under the TCU Plan, but it is 25 years under the IAM Grand Lodge Plan. The TCU Staff

Plan actuary concluded that the present value of the improved benefits was less than the value would have been had the plans not merged.

7. The proposed settlement of this dispute has been evaluated by the Staff Plan's actuary, who has determined that present value of the benefit improvements provided under the settlement is 87% of the present value of the benefit improvements sought by the subclass.

### DECLARATION PURSUANT TO 28 U.S.C. SECTION 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2008.

LUANN DAVIS