IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| R. A. SCARDELLETTI, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. JFM-97-3464 |
| ANTHONY SANTORO, SR., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] <u>FINAL ORDER</u>**

This matter having come before the Court on the motion of the plaintiffs for approval of the settlement set forth in the Settlement Agreement and Release ("Settlement Agreement") filed herein on April 10, 2008 (Dkt. 163-1) and the responses of the Active Subclass thereto, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed and good cause appearing therefor, it is

**ORDERED, ADJUDGED AND DECREED THAT:**

1. For purposes of this settlement, the "Active Subclass," as previously certified herein, consists of all active, terminated vested and retired participants in the Transportation Communications International Union Staff Retirement Plan ("Plan") who had not retired or terminated service under the Plan prior to January 1, 1999, and their beneficiaries, except

R.A. Scardelletti, Frank Ferlin, Jr., Joel Parker, Don Bujold, Howard Randolph, Mitchell M. Kraus, Donald A. Bobo, R.I. Kilroy, F.T. Lynch and Frank Mazur.

2. The notice given to the Active Subclass concerning the Settlement Agreement provided fair and reasonable notice to the Subclass of the nature of this action, the proposed settlement, and the right to appear and be heard concerning the proposed settlement and satisfied the order of this Court concerning notice to the Subclass and the requirements of Rule 23 of the Federal Rules of Civil Procedure.

3. The Settlement Agreement is approved and is, in all respects, fair, reasonable and adequate to the Active Subclass and all of its members in accordance with Rule 23 of the Federal Rules of Civil Procedure and was negotiated and entered into in good faith.

4. Without affecting the finality of this Order, the Court retains jurisdiction over implementation and enforcement of the Settlement Agreement.


Dated: _____        _____